IN THE UNITED STATES BANKRUPTCY COURT
FOR Statewide District of Nevada

In Re:

| | |
|---|---|
| Patrick  Pharr Sr | ) Case No:  08-12345 |
| Bernice  Pharr | ) Chapter:  13 |
| | ) |
| SSN: *****3453<br>SSN: *****3587 | )<br>)<br>) |

Debtor(s)

REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Saxon Mortgage  and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.

/s/ Deborah A.L. Grimes March 25, 2008

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 585-589-2893
Fax:  585-589-0939

Creditor:
Saxon Mortgage
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120
Loan Number: ******1160

Debtor Attorney= RODNEY K. OKANO
Trustee = Kathleen A. Leavitt
Court = US BK CT

442187